UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE A. JOHNSON,

                            Petitioner,

        -against-

PEOPLE OF THE STATE OF NEW YORK,

                            Respondent.

20-CV-10066 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated February 25, 2021, the Court directed Petitioner to file an amended petition within sixty days. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an amended petition. Accordingly, the petition, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed as time-barred.

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   June 3, 2021
         New York, New York

_____
            Louis L. Stanton
            U.S.D.J.